**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | CAUSE NO.: 2:17-CR-32-JTM-JEM |
| | ) | |
| JESUS RENE GARCIA, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT JESUS RENE GARCIA**

TO:   THE HONORABLE JAMES T. MOODY,
       UNITED STATES DISTRICT COURT

Upon Defendant Jesus Rene Garcia's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin, on October 6, 2017, with the consent of Defendant Garcia, counsel for Defendant Garcia, and counsel for the United States of America.

The hearing on Defendant Garcia's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Garcia under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Garcia,

I FIND as follows:

(1) that Defendant Jesus Rene Garcia understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Jesus Rene Garcia understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Jesus Rene Garcia understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jesus Rene Garcia understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jesus Rene Garcia has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jesus Rene Garcia is competent to plead guilty;

(6) that Defendant Jesus Rene Garcia understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jesus Rene Garcia's plea; and further,

I RECOMMEND that the Court accept Jesus Rene Garcia's plea of guilty to the offense charged in Count 3 of the Indictment and that Defendant Jesus Rene Garcia be adjudged guilty of the offense charged in Count 3 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Jesus Rene Garcia be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 6th day of October, 2017.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:   All counsel of record  
      Honorable James T. Moody